**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7493**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DEON MAURICE MOSLEY, a/k/a D,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-429-A)

───────────

Submitted:  January 13, 2000        Decided:  January 20, 2000

───────────

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Deon Maurice Mosely, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deon Maurice Mosley appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider. We have reviewed the record and the district court's opinion and find that the court did not abuse its discretion in denying Mosley's motion. Accordingly, we affirm on the reasoning of the district court. See United States v. Mosley, No. CR-91-429-A (E.D. Va. Sept. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2